UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:13-cr-64-SDN |
| | ) | |
| JERMAINE WHINDLETON, | ) | |
| | ) | |
| Defendant | ) | |

**ORDER OF TEMPORARY DETENTION**

Defendant appeared before the Court on December 17, 2025, for an initial appearance on a Petition to Revoke Supervised Release filed on December 12, 2025, (ECF No. 195). The Court informed Defendant of his rights to a preliminary hearing and to a hearing on the issue of detention. Defendant waived his right to a preliminary hearing but requested a hearing on the issue of detention.

Accordingly, it is hereby

ORDERED that Defendant be, and hereby is, temporarily detained without bail pursuant to 18 U.S.C. § 3142(f); and it is further

ORDERED that Defendant shall next appear before this Court on a date to be determined for a hearing on the issue of detention as well as any other matters ordered by this Court.

/s/ Karen Frink Wolf
U.S. Magistrate Judge

Dated: December 17, 2025